# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | 2:11-cr-00444-PMP-PAL |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| OVIDIU ENE, | |
| Defendant. | |

Before the Court is the Second Motion to Modify Conditions of Pretrial Release (#57).

IT IS HEREBY ORDERED that a hearing on the Second Motion to Modify Conditions of Pretrial Release (#57) is scheduled for 10:00 a.m., March 21, 2013 in Courtroom 3D.

DATED this 26th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE