```
MOT
GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866
Attorneys for ENE
```

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:11-cr-00444-PMP-PAL |
| vs. | ) | |
| | ) | MOTION TO MODIFY |
| | ) | CONDITIONS OF PROBATION |
| OVIDIU ENE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO MODIFY CONDITIONS OF PROBATION

COMES NOW, OVIDIU ENE, (ENE) through his attorney, GABRIEL L. GRASSO, ESQ., and respectfully moves this Honorable Court for a Motion to Modify Conditions of his Probation. Specifically, ENE requests that he be allowed to travel within the continental United States and the country of Panama.

Gabriel L. Grasso, P.C.
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, NV 89101
(702) 868-8866

_____/s/_____
GABRIEL L. GRASSO, Esq.

**REQUEST**

1. On December 1, 2014, ENE was sentenced to probation by this Court.
2. Part of his conditions of Probation require him to pay restitution in the amount of $299,000.00
3. To date he has paid $165,000.00 for the restitution amount, but in order to obtain the funds required to complete his restitution payment he will be required to travel to Panama to complete certain business deals. This will also include travel to other states within the U.S. for the same purpose.
4. The Government does not object to this request.
5. While on Pretrial release ENE traveled to Panama with Court permission and complied with all travel conditions imposed by Pretrial Services.
6. All travel requests will be presented to and cleared through his probation officer prior to any travel taking place. All dates of departure and return, with locations visited will also be cleared through Probation.

DATED this 5th day of March, 2015.

Gabriel L. Grasso, P.C.
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, NV 89101
(702) 868-8866

_____/s/_____
GABRIEL L. GRASSO, Esq.

| | |
|---|---|
| 1 | GABRIEL L. GRASSO, ESQ. |
| 2 | State Bar Number 7358 |
| | 9525 Hillwood Drive, Suite 190 |
| 3 | Las Vegas, Nevada 89134 |
| | (702) 868-8866 |
| 4 | Attorney for ENE |

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )    Case No.:   2:11-cr-00444-PMP-PAL
vs.                        )
                           )    ORDER
OVIDIU ENE,                )
                           )
                           )
            Defendant.     )
_____)

**ORDER**

1. The defendant will be permitted to travel for business purposes inside the continental United States, and to the nation of Panama without requesting Court permission. Any planned travel will require reasonable notice of dates of travel as well as travel destinations to the Defendant's probation officer. Probation shall permit such travel unless there is some unique issue regarding said travel which must be presented to this Court.

2. Upon his return to the District of Nevada from any travel, the defendant will check in with his probation officer in the manner requested by his probation officer.

///

///

///

**IT IS HEREBY ORDERED** that the Defendant can travel inside the continental United States and to the country of Panama for business purposes.

**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his probation officer, and while outside the District of Nevada check-in as directed.

**IT IS SO ORDERED** this 11th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court