DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:11-CR-444-PMP-PAL |
| v. | ) |
| OVIDIU ENE, | ) |
| Defendant. | ) |

**AMENDED MOTION TO CONTINUE SUPPLEMENTARY PROCEEDINGS (EXAMINATION OF JUDGEMENT DEBTOR)**

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger W. Wenthe, Assistant United States Attorney, moves this Honorable Court for an order continuing the Order for Supplementary Proceeding of Judgment Debtor Examination, which currently requires defendant, Ovidiu Ene, to appear before a United States Magistrate Judge on May 12, 2015 at 11:30 a.m. This request is made to allow Defendant time to complete his production of the requested financial information.

Wherefore, the United States respectfully requests that this Court order a new date of June 16, 2015, at 2:00 p.m. in Courtroom 3B for the judgment debtor examination of the defendant.

DATED this 28th day of April, 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )   Case No. 2:11-CR-444-PMP-PAL
                                )
    v.                           )
                                )
OVIDIU ENE,                      )
                                )
        Defendant.               )

**ORDER TO CONTINUE SUPPLEMENTARY PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION**

On plaintiff's motion and good cause appearing, the defendant, Ovidiu Ene, is hereby Ordered to appear before the United States Magistrate in courtroom 3B, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 16th day of June, 2015 at 2:00 p.m., in Courtroom 3B to then and there answer upon oath concerning the property of the defendant and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.
2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.
3. A copy of the titles to all you and your spouses' vehicles, automobiles, boats, aircraft, etc.
4. Copies of your earnings statements (i.e. paychecks) for the past twelve months.
5. Copies of your bills for the past twelve months to verify statements on the financial form.

It is further ordered that a copy of this order shall be served upon the defendant's counsel by U.S. Mail service at least 10 calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 29th day of April, 2015.

United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney