MOT
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
Phone: (702) 868-8866
Fax: (702) 868-5778
gabriel@grassodefense.com
Attorney for ENE

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>OVIDIU ENE,<br><br>      Defendant.<br>_____ | Case No.: 2:11-cr-00444-GMN-PAL<br><br>**STIPULATION TO MODIFY PREVIOUSLY GRANTED PERMISSION TO TRAVEL** |

    The Defendant, OVIDIU ENE, (ENE), by and through his attorney of record, GABRIEL L. GRASSO, ESQ., and the United States, by and through AUSA KATHRYN C. NEWMAN stipulate to modifying the currently approved permission to travel by the defendant as outlined below.

    DATED this 2ND day of December, 2016.

    /s/ Kathryn C. Newman                  /s/ Gabriel L. Grasso
KATHRYN C. NEWMAN                     GABRIEL L. GRASSO
Assistant United States Attorney            Attorney for ENE

# MODIFICATIONS TO CURRENT TRAVEL CONDITIONS

1. ENE shall be allowed to remain in Romania for purposes of his son's treatments. He is required to check in with probation officer as required and provide proof of continued treatment as requested. To the extent his son's treatment schedule requires that he remain in Romania longer than the 30 days previously authorized by probation, his travel authorization will be extended.

2. ENE shall be allowed to travel to other countries in Europe for travel related reason, such as temporary airline stopovers. ENE shall give his probation officer notice of travel itineraries. Layovers less than 24 hours as part of his authorized travel to and from Romania shall be permitted.

DATED this 2ND day of December, 2016.

RESPECTFULLY SUBMITTED BY:

  /s/ Kathryn C. Newman                     /s/ Gabriel L. Grasso
KATHRYN C. NEWMAN                    GABRIEL L. GRASSO
Assistant United States Attorney           Attorney for ENE

GABRIEL L. GRASSO, ESQ.
Nevada Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
Phone: (702) 868-8866
Fax: (702) 868-5778
gabriel@grassodefense.com
Attorney for ENE

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OVIDIU ENE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:11-cr-00444-GMN-PAL <br><br> ORDER GRANTING STIPULATION TO MODIFY PERMISSION TO TRAVEL |

**IT IS HEREBY ORDERED** that the Defendants previously approved travel to Romania is modified as follows:

ENE shall be allowed to remain in Romania for purposes of his son's treatments. He is required to check in with probation officer as required and provide proof of continued treatment as requested. To the extent his son's treatment schedule requires that he remain in Romania longer than the 30 days previously authorized by probation, his travel authorization will be extended.

ENE shall be allowed to travel to other countries in Europe for travel related reason, such as temporary airline stopovers. ENE shall give his probation officer notice of travel itineraries. Layovers less than 24 hours as part of his authorized travel to and from Romania shall be permitted.

**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information as well as the address of the place where he will be staying to his supervising officer, and check-in as directed.

DATED this ____5____ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE