**ORD**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for ENE

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> OVIDIU ENE, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:11-cr-00444-GMN-PAL <br><br> **ORDER GRANTING UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE PURSUANT TO TITLE 18 U.S.C § 3583(e)(1)** |

**IT IS HEREBY ORDERED** that the Defendant's unopposed request for early termination of his supervised release is _____Granted_____ as of the date of the signing of this Order.

DATED this 28th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE